UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
ATTORNEY(S) BORRELLI & ASSOCIATES  PH: 516-248-5550  
1010 NORTHERN BLVD. STE 328 GREAT NECK, NY 11021 |

Index Number: 15-CV-00064  
Date Filed: 01/07/2015  
Court/Return Date:

Rafael Mota obo himself and all others similarly situated

vs

Bruckner Forever Young Social Adult Day Care Inc. et al

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

## AFFIDAVIT OF SERVICE

__Husam Al-Atrash__ , being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On __February 25, 2015__, at __8:26 AM__ at __231-10 Hillside Avenue , Queens Village, NY 11427__, Deponent served the within **Summons in a Civil Action and Complaint**

On: __Queens Forever Young Social Adult Day Care Inc.__ , __Defendant__ therein named, ( hereinafter referred to as "subject").

☐ #1 INDIVIDUAL  
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ #2 ENTITY/CORPORATION/LLC/LLP  
By delivering to and leaving with **Ms Nia** said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ #3 SUITABLE AGE PERSON  
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☐ #4 AFFIXING TO DOOR  
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment  [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☐ #5 MAILING  
On , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ #6 DESCRIPTION  
Sex: Female    Color of skin: Brown    Color of hair: Black    Age: 25  
Height: 5ft4in-5ft8in    Weight: 100-130 Lbs.    Other Features:

☐ #7 WITNESS FEES  
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ #8 MILITARY SERVICE  
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ #9 OTHER

Sworn to before me on February 26, 2015

Patricia Rothfritz  
NOTARY PUBLIC STATE OF New York  
01R06055503, Qualified in Nassau County  
Commission Expires February 26, 2019

Process Server, Please Sign  
Husam Al-Atrash  
Job #: 1504095  Lic# 1279639  
Client's File No.:

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771