# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| 655 Third Avenue | 1010 Northern Boulevard |
| --- | --- |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

March 9, 2015

**SO ORDERED**

The conference is adjourned to March 31, 2015 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS

MAR 10 2015

<u>Via Fax and ECF</u>
The Honorable George B. Daniels
United States District Judge for the
Southern District of New York
500 Pearl Street
New York New York 10007
Fax: (212) 805-6737

Re:   *Rafael Mota v. Bruckner Forever Young Social Adult Day Care Inc, et al.;*
      <u>Docket No. 15-CV-00064</u>

Dear Judge Daniels:

This office represents the Plaintiff, Rafael Moto, in the above-referenced matter. As Your Honor is aware, an Initial Pretrial Conference is scheduled for tomorrow, Tuesday, March 10, 2015, at 9:30 a.m. However, even though all four Defendants in this matter have been served, no one has appeared or responded thus far. (The Affidavits of Service for the Summons and Complaint as well as the Proposed Pretrial Order have already been docketed, and the time to respond expires on March 18.) As such, we respectfully request that Your Honor adjourn the Initial Pretrial Conference for three weeks, until March 31, 2015, by which time we will have filed the necessary default judgment paperwork in the hopes that Your Honor can convert the initial conference into a default judgment hearing in the event that some or all of the Defendants have still failed to appear by that time.

We thank the Court for its attention to this matter.

Respectfully,

*Vivian Walton*

Vivian Walton, Esq.

VW:amm