Index # **15 CV 00064**

Purchased/Filed: **January 7, 2015**

Attorney(s):

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

| State of New York | U. S. District Court | Southern Dist. County |

Rafael Mota on Behalf of Himself and All others Similarly-Situated

Plaintiff

against

Bruckner Forever Young Social Adult Day Care Inc et al

Defendant

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**  Approx. Age: 50 Yrs.

Weight: 120 Lbs.  Height: 5'  Sex: Female  Color of skin: White

Hair color: Brown  Other:

Kyle Warner, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on February 27, 2015, at 11:11 AM, at the office of the Secretary of State of the State of New York located at 99 Washington Ave, 6th Fl, Albany, New York deponent served **Summons in a Civil Action & Complaint**

on **Queens Forever Young Social Adult Day Care Inc**, the Defendant in this action, by delivering to and leaving with Sue Zouky, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40. dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

27th day of February 2015

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2019

Kyle Warner

Invoice·Work Order # 1503879

1504097

State of New York - Department of State
Receipt for Service

```
Receipt #:  201503060339                          Cash #: 201503060310
Date of Service:  02/27/2015                      Fee Paid: $40 - DRAWDOWN
Service Company:  02 ALEXANDER POOLE & CO., INC. - 02
```

Service was directed to be made pursuant to:  SECTION 306 OF THE BUSINESS
   CORPORATION LAW

Party Served:   QUEENS FOREVER YOUNG SOCIAL ADULT DAY CARE INC.


Plaintiff/Petitioner:
         MOTA, RAFAEL


Service of Process Address:
QUEENS FOREVER YOUNG SOCIAL ADULT DAY CA
231-10 HILLSIDE AVENUE
QUEENS VILLAGE,  NY 11427

Secretary of State
By   SUE ZOUKY
