UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index Number: 15-CV-00064
Date Filed: 01/07/2015
Court/Return Date:

ATTORNEY(S) BORRELLI & ASSOCIATES   PH: 516-248-5550
1010 NORTHERN BLVD. STE 328 GREAT NECK, NY 11021

Rafael Mota obo himself and all others similarly situated

vs

Bruckner Forever Young Social Adult Day Care Inc. et al

*Plaintiff*

*Defendant*

STATE OF NEW YORK, COUNTY OF WESTCHESTER, SS.:

## AFFIDAVIT OF SERVICE

__Bryan Carson__, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.

On **March 6, 2015**, at **12:16 PM** at **3305 3rd Avenue, Bronx, NY 10456**, Deponent served the within **Initial Pretrial Conference**

On: **Forever Young Social Adult Day Care Inc.**, **Defendant** therein named, ( hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☒ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **Franchell L.** said individual to be **AUTHORIZED AGENT** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to  () a person of suitable age and discretion. Said premises is subject's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

**Address confirmation:**

☐ **#5 MAILING**
On  , service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
Sex: Female    Color of skin: Brown    Color of hair: Brown    Age: 30
Height: 5ft9in-6ft0in    Weight: 131-160 Lbs.    Other Features:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on March 13, 2015

_Sherese Wright_ (signature)
Sherese Wright
NOTARY PUBLIC STATE OF New York
No. 01WR6292735; Qualified in Westchester County
Commission Expires November 4th 2017

Process Server, Please Sign
Bryan Carson
Job #: 1505903   Lic# 2007916-DCA
Client's File No.:

INTER COUNTY JUDICIAL SERVICES, LLC, 85 WILLIS AVENUE STE. F, MINEOLA, NY 11501 LICENSE # 1371771