# UNITED STATES DISTRICT COURT
for the
## SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

RAFAEL MOTA, on behalf of himself
And all others similarly-situated,

Case No. 15-cv-00064

Plaintiff,

-against-

**NOTICE OF APPEARANCE**

BRUCKNER FOREVER YOUNG SOCIAL ADULT
DAY CARE INC., and EASTCHESTER'S FOREVER
YOUNG SOCIAL ADULT DAY CARE INC., and
QUEENS FOREVER YOUNG SOCIAL ADULT DAY
CARE INC., and FOREVER YOUNG SOCIAL ADULT
DAY CARE, INC., and FELIX GERSHKOVITCH, in
His individual and professional capacities,

Defendants.

-----------------------------------------------------------------------x

To:   The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: (i) Bruckner Forever Young Social Adult Day Care Inc., (ii) Eastchester Forever Young Social Adult Day Care Inc., (iii) Queens Forever Young Social Adult Day Care Inc., (iv) Forever Young Social Adult Day Care Inc., and (v) Felix Gershkovitch.

Dated:   March 30, 2015

*Maria Rodi*

_____
Maria E. Rodi (MR-0063)

KAPLAN KRAVET & VOGEL P.C.
630 Third Avenue, 5th Floor
New York, NY 10017
Mrodi@kkvpc.com
Ph. 212-983-6900
Fax 212-983-9210

{00119793.1 / 8888-003 }