UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

RAFAEL MOTA, on behalf of himself
and all others similarly-situated,

                Plaintiff,

              -against-

BRUCKNER FOREVER YOUNG SOCIAL
ADULT DAY CARE INC. et al.

                Defendants.
------------------------------------------------------------x

ORDER

15 Civ. 0064 (GBD) (AJP)

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: MAY 08 2015]

GEORGE B. DANIELS, United States District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | __ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| __ | Specific Non-Dispositive Motion/Dispute: | __ | Consent under 28 U.S.C.§ 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | *If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | | Purpose:_____ |
| | | __ | Habeas Corpus |
| _X_ | Settlement | __ | Social Security |
| __ | Inquest After Default/Damages Hearing | __ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | | | All such motions:__ |

Dated: May 8, 2015

SO ORDERED.

*George B. Daniels*
United States District Judge