AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Navarro & Dahi, et al. | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Case No. 15-CV-00064 |
| Bruckner ForeverYoungSocialAdultDayCareInc, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff

Date: 06/12/2015

*Attorney's signature*

Michael Borrelli (MB 8533)
*Printed name and bar number*

Borrelli & Associates, P.L.L.C.
1010 Northern Boulevard, Suite 328
Great Neck, New York 11021

*Address*

mjb@employmentlawyernewyork.com
*E-mail address*

(516) 248-5550
*Telephone number*

(516) 248-6027
*FAX number*