## ANNA RUSANOV, P.C.
### ATTORNEY AT LAW

2263 East 15th Street, 2nd Floor
Brooklyn, New York 11229
anna@annarusanovpc.com

| Telephone | | Facsimile |
|---|---|---|
| (646)460-9990 | *Licensed in New York and New Jersey | (718)701-5826 |

July 17, 2015

Hon. Judge Peck

U.S. District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

In Re: Navarro & Dahi v. Bruckner Forever Young
1:15-cv-00064-AJP

Dear Judge Peck:

    As your Honor is aware my office has been recently substituted in this matter. I am still awaiting the receipt of the legal file from the prior counsel. Immediately after being retained I reviewed the legal docket on Pacer and left several messages for the Plaintiff's attorney. Unfortunately, I did not see the docket entry for today's conference and my client was unaware of it as well. It was never my intention to disregard a court ordered conference but I do take full responsibility for my non-appearance. I have reviewed the Pacer docket again and can assure the court and the Plaintiff's counsel that this will not happen in the future.

    I offer my sincere apologies for my failure to appear at this morning's appearance.

Respectfully,

Anna Rusanov, Esq.