# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

<u>Dated</u>:  <u>October 2, 2015</u>                                     <u>Total Number of Pages</u>:

**MEMO ENDORSED:**

Approved, <u>but</u> please try to get the papers in sooner if at all possible.

Copies <u>by ECF</u> to:  All Counsel

# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

655 Third Avenue  
Suite 1821  
New York, NY 10017  
Tel. No. 212.679.5000  
Fax No. 212.679.5005

1010 Northern Boulevard  
Suite 328  
Great Neck, NY 11021  
Tel. No. 516.248.5550  
Fax No. 516.248.6027

ELECTRONICALLY FILED  
DOC#  
DATE FILED: 10/2/15

BY ECF

October 2, 2015

**MEMO ENDORSED** 10/2/15

*Via ECF*  
The Honorable Andrew J. Peck  
United States Magistrate Judge for the  
Southern District of New York  
500 Pearl Street  
New York New York 10007

Application granted, but please try to get all parties in court if at all possible.

SO ORDERED:

Hon. Andrew J. Peck  
United States Magistrate Judge

ECF: All C[ounsel]

Re: *Navarro & Dahi v. Bruckner Forever Young Social Adult Day Care, Inc., et al.*  
*Docket No. 15-CV-00064 (AJP)*

Dear Judge Peck:

As the Court knows, we represent the Plaintiffs, Angel Navarro, Evelyn Dahi, Rafael Ramirez and Wilkins Martinez, as well as the eighteen individuals (all, collectively, as "Plaintiffs") who have thus far opted-into this wage and hour matter that the Court has conditionally certified as a Fair Labor Standards Act collective action pursuant to 29 U.S.C. § 216(b). We write now on behalf of all parties, as promised in the September 23, 2015 letter to this Court, to update the Court on the status of the October 1, 2015 mediation. *See* Docket No. 84. The parties report that the mediation session was successful in that the parties have reached an agreement in principle. The parties agreed to settle this matter for a Rule 23 class instead of for the collective, and are currently working on finalizing the details of this agreement. As such, with the Court's permission, the parties will submit a joint motion for preliminary approval of the settlement to this court within thirty days, or by on or before November 2, 2015.

We thank the Court for its attention to this matter.

Respectfully,

*Vivian Walton*

Vivian Walton, Esq.
*For the Firm*

VW:jp