# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

Dated: November 2, 2015                          Total Number of Pages:

**MEMO ENDORSED:**

Extension to 12/2/15 for settlement <u>approval</u> papers are approved. Further extensions are unlikely.

Copies <u>by ECF</u> to: All Counsel

# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

655 Third Avenue
Suite 1821
New York, NY 10017
Tel. No. 212.679.5000
Fax No. 212.679.5005

1010 Northern Boulevard
Suite 328
Great Neck, NY 11021
Tel. No. 516.248.5550
Fax No. 516.248.6027

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11/2/15

October 30, 2015

**MEMO ENDORSED** 11/2/15

Extended to 12/2/15 for settlement
approval papers are expected. Further
extensions are unlikely.

*Via ECF*
The Honorable Andrew J. Peck
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York New York 10007

Re: *Navarro & Dahi v. Bruckner Forever Young Social Adult Day Care Inc, et al.;*
*Docket No. 15-CV-00064 (AJP)*

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

Copies by ECF to all counsel

Dear Judge Peck:

As the Court knows, we represent the Plaintiffs, Angel Navarro, Evelyn Dahi, Rafael Ramirez and Wilkins Martinez, as well as the eighteen individuals (all, collectively, as "Plaintiffs") who had opted-in to this wage and hour matter that the Court conditionally certified as a Fair Labor Standards Act collective action pursuant to 29 U.S.C. § 216(b). On October 2, 2015, the parties wrote to the Court indicating that we agreed to settle this matter for a Rule 23 class instead of for the collective, and were then working on finalizing the details of this agreement. The parties offered a November 2, 2015 date by which to have the motion finalized, and this Court approved that request. *See* Docket No. 88. The parties have conferred, however, and concluded that we need more time to complete this submission. Thus, we jointly request an extension of thirty days to submit the motion for preliminary approval of the settlement to this Court, by on or before December 2, 2015. This is the first request for an extension of the date to submit this motion. The parties apologize as we know that the Court would have preferred to receive the motion sooner rather than later, but we assure Your Honor that we are working diligently to finalize this motion.

We thank the Court for its attention to this matter.

Respectfully,

*Vivian Walton*

Vivian Walton, Esq.
*For the Firm*

VW:jp