# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 1010 Northern Boulevard |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No.212.679.5000 | Tel. No.516.248.5550 |
| Fax No.212.679.5005 | Fax No.516.248.6027 |

November 18, 2015

*Via ECF*
The Honorable Andrew J. Peck
United States Magistrate Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:  *Vivian Walton (VW 6515)*

Dear Judge Peck:

We submit this correspondence to advise that Vivian Walton is no longer employed with our Firm. We respectfully request that you remove him from the docket on *Navarro & Dahi v. Bruckner Forever Young Social Adult Day Care Inc. et al.; Docket No: 15-CV-00064 (AJP)*

Should you have any questions or concerns, please contact the undersigned.

Respectfully,

*[signature]*

Alexander T. Coleman, Esq. (ATC 8151)
*Managing Member*

ATC:jer